

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2020
```

**MEMO ENDORSED**

October 1, 2020

VIA ECF

The Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Cruz v. Arena North America, LLC; 1:20-cv-05824-PGG-KHP

Dear Judge parker:

    We represent plaintiff Shael Cruz ("Plaintiff") in the above-referenced matter and write to respectfully request that the Court adjourn the initial conference currently scheduled for Wednesday, October 8, 2020, as that day is in the middle of the Holiday of Sukkot.

    Defendant has consented to Plaintiff's adjournment request and this is the parties' first request for an adjournment. The parties respectfully request that the Court reschedule the conference to a date after October 16, 2020 as that is the end of the upcoming holidays for the Jewish New Year.

    Thank you for your time and consideration of the above request.

                                    Respectfully submitted,
                                    /s/ Joseph H. Mizrahi
                                    JOSEPH H. MIZRAHI

cc:    All Counsel of Record (via ECF)

---

**The telephonic Initial Case Management Conference scheduled for Wednesday, October 8, 2020 at 12:00 p.m. is hereby rescheduled to <u>Wednesday, October 21, 2020 at 12:30 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. <u>Please dial (866) 434-5269, Access code: 4858267.</u>**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

10/01/2020